Form 7A-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**        **FORM 7A**

IMPERIAL BAG & PAPER CO. LLC; CARRYOUT BAGS, LLC; and YT SOURCING, INC.

Plaintiff,

v.

U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, in his official capacity as Commissioner of U.S. Customs and Border Protection; and the UNITED STATES OF AMERICA

Defendant.

Court No. 1:26-cv-622

**NOTICE OF DISMISSAL**

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: April 30, 2026

/s/ Andrew McAllister
Signature of Plaintiff's Attorney
Andrew McAllister

Attorney for Plaintiff
HOLLAND & KNIGHT LLP
Firm
800 17th Street N.W., Suite 1100
Street Address
Washington, D.C. 20006
City, State and Zip Code
(202) 469-5133
Telephone Number
Andrew.McAllister@hklaw.com
E-mail Address

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: May 1, 2026

Clerk, U. S. Court of International Trade

By: /s/ Jason Chien
Deputy Clerk

Form 7A-2

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
| --- | --- |
| 1:26-cv-622 | Imperial Bag & Paper Co. LLC<br><br>Carryout Bags, LLC<br><br>YT Sourcing, Inc. |

Order of Dismissal

  This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: __May 1, 2026_____

             Clerk, U. S. Court of International Trade

        By: __/s/ Jason Chien_____
            Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; and amended Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)